ORIGINAL

# In the United States Court of Federal Claims

No. 1:18-cv-01089
(Filed: July 27, 2018)

*************************************

|  |  |  |
|---|---|---|
| | * | |
| **CASSANDRA METTS, et al.** | * | |
| | * | |
| Plaintiff, | * | **FILED** |
| | * | |
| v. | * | **JUL 27 2018** |
| | * | |
| **THE UNITED STATES,** | * | U.S. COURT OF<br>FEDERAL CLAIMS |
| | * | |
| Defendant. | * | |
| | * | |

*************************************

## ORDER

Plaintiffs, proceeding *pro se*, filed their complaint in this Court on July 17, 2018, along with an application to proceed *in forma pauperis* ("App. IFP"). Plaintiffs seek "relief from the courts to remove firearms and illegal mental state assault" in violation of two Maryland criminal statutes. Pl.'s Compl. at A-6; App. IFP at A-7. Because this Court does not have jurisdiction over criminal matters, this case must be dismissed. *See Joshua v. United States*, 1994 U.S. App. LEXIS 3020 at *3 (Fed. Cir. 1994). The Clerk of the Court is directed to **DISMISS** Plaintiffs' complaint for lack of subject matter jurisdiction. Plaintiffs' request to proceed *in forma pauperis* is moot and therefore **DENIED.**

**IT IS SO ORDERED.**

EDWARD J. DAMICH
Senior Judge